169 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARTY ALSTON, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003082–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 983

SHRENIK B. BAVISHI, PLAINTIFF–MOVANT,
v. SAM ALADABBAGH, D/B/A DIAMOND INN, DEFENDANT.

June 15, 2017

## ORDER

It is ORDERED that the motion for an extension of time within which to file a brief in support of the motion for leave to appeal in M–1317 (M–1316) is granted.